1  WILLIAM H. WRIGHT (STATE BAR NO. 161580)
   wwright@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street
3  Suite 3200
   Los Angeles, CA  90017
4  Telephone:     +1-213-629-2020
   Facsimile:     +1-213-612-2499
5
   Attorneys for Defendants
6  RALINK TECHNOLOGY CORPORATION (a California
   Corporation) and RALINK TECHNOLOGY CORPORATION
7  (a Taiwanese Corporation)

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12
13  LANTIQ NORTH AMERICA INC. and        Case No.  4:11-cv-00234-SBA
    LANTIQ DEUTSCHLAND GMBH,
14                                       **STIPULATION AND ORDER TO
                 Plaintiffs,             SET TIME FOR DEFENDANT
15                                       RALINK TECHNOLOGY
             v.                          CORPORATION (OF TAIWAN) TO
16                                       ANSWER PLAINTIFFS'
    RALINK TECHNOLOGY CORPORATION        COMPLAINT**
17  (a California Corporation) and RALINK
    TECHNOLOGY CORPORATION (a
18  Taiwanese Corporation),
                                         JUDGE: SAUNDRA B. ARMSTRONG
19               Defendants.

20

OHS West:261088904.1
20351-2004

Pursuant to Rule 6-1 of the Local Rules for the Northern District of California, Plaintiffs Lantiq North America, Inc. and Lantiq Deutschland GMBH ("Lantiq"), and Defendant Ralink Technology Corporation of Taiwan ("Ralink Taiwan"), through their respective counsels of record, hereby stipulate that Ralink Taiwan shall have up to including the date of Wednesday, March 2, 2011 by which to answer, move or otherwise respond to the Complaint of the Plaintiffs filed in the above referenced matter.

Dated: February 10, 2011

WILLIAM H. WRIGHT
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: __/s/ William H. Wright__
  William H. Wright
  Attorney for Defendant
  Ralink Technology Corporation (of Taiwan)

Dated: February 10, 2011

JAMES HANNAH
KING & SPALDING LLP


By: __/s/James Hannah__
  Lisa Kobialka
  James Hannah
  Attorneys for Plaintiffs
  Lantiq North America, Inc. and Lantiq Deutschland GMBH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated 2/11/11

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge
Northern District of California

OHS West:261088904.1
20351-2004

- 2 -