WILLIAM H. WRIGHT (STATE BAR NO. 161580)
wwright@orrick.com
CHRISTOPHER A. HIVICK (STATE BAR NO. 271098)
chivick@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH<br><br>Plaintiff,<br><br>v.<br><br>RALINK TECHNOLOGY CORPORATION<br><br>(a California Corporation)<br><br>and<br><br>RALINK TECHNOLOGY CORPORATION<br><br>(a Taiwanese Corporation),<br><br>Defendants. | Case No. 5:11-cv-00234-EJD-PSG<br><br>**ORDER GRANTING RALINK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

This Court, having reviewed Ralink's Administrative Motion to Seal pursuant to Civil L.R. 7-11 and 79-5, and good cause having been shown therefore, hereby **GRANTS** the Motion. The following documents submitted by Defendants, shall be FILED UNDER SEAL:

1. Exhibit 1 of the Declaration of Christopher A. Hivick in Support of Defendants' Ralink's Motion to Strike Lantiq's Pat. L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions ("Hivick Declaration").

The court finds this document is sealable because it contains Defendant Ralink's proprietary business information.

**IT IS SO ORDERED**.

Dated: February 15, 2012

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE