1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kevin P.B. Johnson (Bar No. 177129)
2  kevinjohnson@quinnemanuel.com
   Suong Nguyen (Bar No. 237557)
3  suongnguyen@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for MediaTek Inc.
   MediaTek USA, Inc., and
7  MediaTek Wireless Inc.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
2/17/2012

8

9                   UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 LANTIQ DEUTSCHLAND GMBH,

13         Plaintiff,                      CASE NO. 5:11:CV-00234-EDJ (PSG)

14    vs.
                                           NOTICE OF WITHDRAWAL OF
15 RALINK TECHNOLOGY CORPORATION           APPEARANCE

16 RALINK TECHNOLOGY CORPORATION

17 MEDIATEK INC.

18 MEDIATEK USA INC.

19 MEDIATEK WIRELESS INC.,

20         Defendants.

21

22       On February 1, 2012, Kevin P. B Johnson and Suong Nguyen of the law firm Quinn

23 Emanuel Urquhart & Sullivan, LLP filed a Notice of Appearance in this matter on behalf of

24 MediaTek, Inc., MediaTek USA, Inc., and MediaTek Wireless, Inc. [Docket Nos. 90 and 93].

25 After that Notice of Appearance was filed, this Court entered an Order granting a motion to strike

26 Lantiq's Second Amended Complaint.  [Docket No. 94].  In view of that order, we now hereby

27 withdraw our appearance in this matter.

28

02425.51966/4582063.1

| | | |
|---|---|---|
| 1 | Dated: February 1, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | | by: /s/ Kevin Johnson<br>Kevin Johnson<br>Attorneys for MediaTek Inc. |
| 4 | | MediaTek USA, Inc., and MediaTek Wireless, Inc. |
| 5 | Dated:  February 1, 2012 | Respectfully submitted, |
| 6 | | |
| 7 | | by: /s/ Suong Nguyen<br>Suong Nguyen<br>Attorneys for MediaTek Inc. |
| 8 | | MediaTek USA, Inc., and MediaTek Wireless, Inc. |

IT IS SO ORDERED.

This Order terminates docket item numbers 95 and 96.

Dated: February 17, 2012

_____
United States District Judge

02425.51966/4582063.1                        2