QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Peter A. Klivans (Bar No. 236673)
  peterklivans@quinnemanuel.com
  Kameron Parvin (Bar No. 232349)
  kameronparvin@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for MediaTek Inc.
MediaTek USA, Inc., MediaTek Wireless, Inc.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
2/17/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH,<br><br>          Plaintiff,<br><br>   vs.<br><br>RALINK TECHNOLOGY CORPORATION<br><br>RALINK TECHNOLOGY CORPORATION<br><br>MEDIATEK INC.<br><br>MEDIATEK USA INC.<br><br>MEDIATEK WIRELESS INC.,<br><br>          Defendants. | CASE NO. 5:11-CV-00234-EJD (PSG)<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

On February 1, 2012, Sean Pak, Peter Klivans and Kameron Parvin of the law firm Quinn Emanuel Urquhart & Sullivan, LLP filed a Notice of Appearance in this matter on behalf of MediaTek, Inc., MediaTek USA, Inc., and MediaTek Wireless, Inc. [Docket No. 91]. After that Notice of Appearance was filed, this Court entered an Order granting a motion to strike Lantiq's Second Amended Complaint. [Docket No. 94]. In view of that order, we now hereby withdraw our appearance in this matter.

Dated: February 1, 2012            Respectfully submitted,


                                   by: /s/ Sean Pak
                                   Sean Pak
                                   Attorneys for MediaTek Inc.
                                   MediaTek USA, Inc., MediaTek Wireless, Inc.

Dated: February 1, 2012            Respectfully submitted,


                                   by: /s/ Peter Klivans
                                   Peter Klivans
                                   Attorneys for MediaTek Inc.
                                   MediaTek USA, Inc., MediaTek Wireless, Inc.

Dated: February 1, 2012            Respectfully submitted,


                                   by: /s/ Kameron Parvin
                                   Kameron Parvin
                                   Attorneys for MediaTek Inc.
                                   MediaTek USA, Inc., MediaTek Wireless, Inc.