UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH, ) | Case No.: 5:11-CV-00234 EJD |
| Plaintiff, ) | **ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE, AND CONTINUING HEARING** |
| v. ) | |
| RALINK TECHNOLOGY CORPORATION, ET AL., ) | **(Re: Docket Nos. 112, 113)** |
| Defendants. ) | |

The parties are scheduled to appear for a case management conference on Friday, March 9, 2012. Based on the parties' Joint Case Management Statement (Docket No. 112) and Plaintiff's request for a schedule regarding their summary judgment motion (Docket No. 113), the court determines that it is unnecessary for the parties to appear for a case management conference. The case management conference therefore is VACATED.

IT IS HEREBY ORDERED that the following briefing schedule shall apply to Plaintiff's anticipated motion for partial summary judgment. Plaintiff's motion shall be filed no later than March 16, 2012. Any opposition brief shall be filed no later than March 30, 2012. Any reply brief shall be filed no later than April 6, 2012. Oral argument shall be heard on May 30, 2012 at 9 a.m.

IT IS FURTHER ORDERED that the tutorial and claims construction hearing scheduled for

1   May 22, 2012 are continued to May 30, 2012 at 9 a.m.

2   Dated: Octej ": ."4234

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-CV-00234 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE, AND CONTINUING HEARING