```
  1   ROBERT WHITMAN (NY Bar No. 2497147) (admitted via pro hac vice)
      rwhitman@kslaw.com
  2   SCOTT KOLASSA (NY Bar No. 4308409) (admitted via pro hac vice)
      skolassa@kslaw.com
  3   CHARLES D. LEE (GA Bar No. 325191) (admitted via pro hac vice)
      clee@kslaw.com
  4   ERIK J. DYKEMA (NJ Bar No. 02165-2010) (admitted via pro hac vice)
      edykema@kslaw.com
  5   KING & SPALDING LLP
      1185 Avenue of the Americas
  6   New York, NY  10036
      Telephone:  (212) 556-2310
  7   Facsimile:  (212) 556-2222
  8   SANJEET K. DUTTA (CA Bar No. 203463)
      sdutta@kslaw.com
  9   KING & SPALDING LLP
      333 Twin Dolphin Drive, Suite 400
 10   Redwood Shores, CA  94065
      Telephone:  (650) 590-0700
 11   Facsimile:  (650) 590-1900
 12   Attorneys for Plaintiff
      LANTIQ DEUTSCHLAND GMBH
```

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/10/2012

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH<br><br>        Plaintiff,<br><br>        v.<br><br>RALINK TECHNOLOGY CORPORATION (a California Corporation), and<br><br>RALINK TECHNOLOGY CORPORATION (a Taiwanese Corporation),<br><br>        Defendants. | Case No. 5:11-CV-00234-EJD (PSG)<br>Consolidated with Case No. 5:11-CV-01549-EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Hon. Edward J. Davila |

**TO THE COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORDS**:

**PLEASE TAKE NOTICE OF SUBSTITUTION OF COUNSEL**:  Sanjeet K. Dutta is Lantiq Deutschland GmBH's ("Lantiq") substitute counsel for Lisa Schapira.  Miss Schapira has left the employment of King and Spalding.  The Court and counsel for defendants are respectfully requested to remove Miss Schapira from all service lists for this action.

Lantiq remains represented by other King and Spalding attorneys who have entered appearances in this action.  All pleadings, orders and notices should continue to be served upon Lantiq's counsel of record and shall henceforth include Sanjeet K. Dutta:

> Sanjeet K. Dutta
> KING & SPALDING LLP
> 333 Twin Dolphin Drive, Suite 400
> Redwood Shores, CA  94065
> Telephone:  (650) 590-0700
> Facsimile:  (650) 590-1900
> Email:  sdutta@kslaw.com

Dated:  April 9, 2012

　　　　　　　　　　　　　　　　　　　　/s/ *Sanjeet K. Dutta*　　　　　　　　

Sanjeet K. Dutta (CA Bar No. 203463)
sdutta@kslaw.com

KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065
Telephone:  (650) 590-0700
Facsimile:  (650) 590-1900