UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH, ) | Case No.: 11-CV-00234-EJD (PSG) |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL** |
| v. ) | |
| RALINK TECHNOLOGY CORPORATION, ) ET AL., ) | **(Re: Docket Nos. 108, 123)** |
| Defendants. ) | |

In this patent infringement suit, Defendants Ralink Technology Corporation, a California corporation, and Ralink Technology Corporation, a Taiwanese corporation (collectively "Ralink"), move to compel production of RTL code for Lantiq products accused of infringement. Plaintiff Lantiq Deutschland GMBH ("Lantiq") opposes the motion and separately moves for sanctions against Ralink for filing its motion without adequately meeting and conferring. On April 3 and 29, 2012, the parties appeared for hearing. Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that Ralink's motion to compel is GRANTED.

On April 14, 2011, Ralink propounded document requests seeking RTL code for the Lantiq products accused of infringement. Instead of producing the RTL code in its entirety, Lantiq has – according to Ralink -- opted to produce "scattered portions" of it and has not correlated the

1

Case No.: C 11-234 EJD (PSG)
ORDER

fragmentary RTL code it has produced with any of the accused products. Ralink contends that the discovery sought is relevant to claims of infringement for the '116 Patent.

Lantiq responds that it provided RTL code and correlation information to Ralink last year and that the additional code and correlation information that Ralink now seeks for products beyond Ethernet PHYs is only a recent request. Lantiq disputes that this additional RTL code is relevant because the '116 Patent is narrowly directed to a specific circuit. This argument notwithstanding, Lantiq states that since Ralink's motion was filed, it has made nearly 3.5 million lines of additional RTL code available for inspection and that the correlation information that Ralink seeks exists within the RTL itself. Lantiq therefore argues that any motion regarding production of the RTL code is moot.

Despite Lantiq's representations that it has thoroughly responded to all of Ralink's discovery requests, the court is persuaded that an order compelling production is warranted. If Lantiq has produced all the requested RTL and correlation information requested that are in its possession, custody, or control, then it has nothing to worry about. But if not, it proceeds at its own peril of the provisions of Rule 37. No later than May 11, 2012, Lantiq shall produce all outstanding RTL code and correlation information that are the subject of Ralink's motion.

Because Ralink's motion is more than justified, IT IS FURTHER ORDERED that Lantiq's motion for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: 4/25/2012

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: C 11-234 EJD (PSG)
ORDER