UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH,<br><br>    Plaintiff,<br><br>v.<br><br>RALINK TECHNOLOGY CORPORATION, ET AL.,<br><br>    Defendants. | Case No.: 5:11-CV-00234 EJD<br><br>**ORDER CLARIFYING JULY 17, 2012 ORDER AND GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>**(Re: Docket No. 236)** |

On July 6, 2012, Defendant MediaTek, Inc., Defendant MediaTek USA, Inc., and Defendant MediaTek Wireless, Inc. (collectively "MediaTek") filed a motion requesting that the court suspend "the dates currently set in its Case Management Order (Dkt. No. 71), and all applicable dates under the Patent Local Rules, with respect to the '799 and '904 patents, pending resolution of the MediaTek's motion to dismiss Lantiq's complaint with respect to those patents." Docket No. 230 at 3:21-24. MediaTek did not notice a hearing for the motion pursuant to Civil L.R. 7-2.

The court regarded MediaTek's unnoticed motion as an administrative motion pursuant to Civil L.R. 7-11. In light of MediaTek's representation that the other parties did not oppose the motion to amend the scheduling order and the fact that no opposition was filed within the time permitted by Rule 7-11, the court granted MediaTek's motion. On July 17, 2012, the court issued the order proposed by MediaTek that "MediaTek's Motion for Relief from the Current Case Management Schedule and for Expedited Consideration is GRANTED. All upcoming discovery and

1

Case No.: 5:11-CV-00234 EJD
ORDER CLARIFYING JULY 17, 2012 ORDER AND GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION

pretrial dates set forth in the case management schedule and all claim construction dates set forth in the Local Patent Rules are hereby suspended until resolution of MediaTek's Motion to Dismiss Lantiq's Second Amended Complaint." Order Regarding MediaTek Defs.' Mot Relief Current Case Mgmt. Sched, Docket No. 236 ("July 17 Order").

On July 20, 2012, Defendant Ralink Technology Corporation ("Ralink") submitted a response to the court's order arguing that the suspension of the case schedule should apply only to Lantiq's claims on the '799 and '904 patents and not to Ralink's claims on the '116 patent.

On July 27, 2012, Plaintiff Lantiq Deutschland GMBH ("Lantiq") filed a rebuttal to that response arguing that Ralink's response was an improperly-filed motion for reconsideration of the court's order granting MediaTek's motion.

In light of the confusion caused by the lack of specificity in the court's order granting MediaTek's motion for relief from the case management schedule, the court finds it appropriate to clarify its prior order. The court intended to grant only the relief sought by MediaTek — that the court suspend the dates "set in its Case Management Order (Dkt. No. 71), and all applicable dates under the Patent Local Rules, with respect to the '799 and '904 patents, pending resolution of the MediaTek's motion to dismiss Lantiq's complaint with respect to those patents." Docket No. 230 at 3:21-24. The court did not intend to suspend deadlines pertaining to the '116 patent.

The court, however, improperly treated MediaTek's motion to amend the scheduling order as an administrative motion pursuant to Rule 7-11 rather than a motion pursuant to Rule 7-2. Thus, the court did not provide the full opportunity for any opposition to the motion to be filed. See Civil L.R. 7-3. It, however, is not clear to the court whether either Ralink or Lantiq would have opposed MediaTek's motion to suspend the deadlines pertaining to the '799 and '904 patents. Because the court erred in applying the in correct Local Rule and thus failed to provide the parties an opportunity to oppose MediaTek's motion, the court grants Ralink and Lantiq leave to file a motion for reconsideration of the July 17 Order as clarified in this order. Accordingly,

IT IS HEREBY ORDERED that all upcoming discovery and pretrial dates set forth in the case management schedule and all claim construction dates set forth in the Local Patent Rules pertaining the

'799 and '904 patents are suspended until resolution of MediaTek's Motion to Dismiss Lantiq's Second Amended Complaint. The dates and deadlines pertaining to the '116 patent claims are not suspended and were not suspended by the July 17 Order.

IT IS FURTHER ORDERED that Ralink and Lantiq are granted leave to file a motion for reconsideration of the July 17 Order. Any motion for reconsideration must be filed no later than 7 days from the date of this order is issued.

IT IS FURTHER ORDERED that the parties shall include in their joint preliminary pretrial conference statement, to be filed no later than August 10, 2012, a proposed schedule for the '799 and the '904 patent claims.

Dated: Lwn{"53."4234

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-CV-00234 EJD
ORDER CLARIFYING JULY 17, 2012 ORDER AND GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION