**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH, ) | Case No.: C 11-00234 EJD (PSG) |
| ) | |
| Plaintiff, ) | **ORDER RE PARTIES' AUGUST 9,** |
| v. ) | **2012 MOTIONS** |
| ) | |
| ) | **(Re: Docket Nos. 231, 232, 238)** |
| RALINK TECHNOLOGY CORPORATION, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 3, 2012, Plaintiff Lantiq Deutschland GMBH ("Lantiq") and Defendants Ralink Technology Corporation, a California corporation, and Ralink Technology Corporation, a Taiwanese corporation, (collectively, "Ralink") participated in a court-ordered conference held in San Jose to resolve outstanding discovery disputes. While the parties devoted nearly six hours of time and provided tentative assurances to the court that most of their discovery disputes had been, or likely would be, resolved short of further court intervention, one month later they filed three additional motions on many of the same issues: (1) Lantiq's motion to preclude ADMtek products from Ralink's list of accused products; (2) Ralink's motion to compel scheduling of depositions; and (3) Lantiq's motion to compel production of MediaTek information. The parties oppose each other's respective motions. On August 9, 2012, the parties appeared for hearing. Having reviewed the papers and considered the arguments of counsel,

1

Case No.: C 11-00234 EJD (PSG)
ORDER

IT IS HEREBY ORDERED that Lantiq's motion to preclude ADMtek products from Ralink's list of accused products is DENIED.

IT IS FURTHER ORDERED that Ralink's motion to compel scheduling of depositions is GRANTED.

No later than 2PM today, Lantiq shall tender dates for Ralink to depose any remaining witnesses, including Joerg Hauptmann, Gregor Groew, Gunther Stang, Paul Goodwin, Imran Hajimusa, Hubert Christl, Fitz Geissler and any Rule 30(b)(6) designees. All noticed depositions shall be completed by August 31, 2012.[1]

IT IS FURTHER ORDERED that Lantiq's motion to compel MediaTek information is GRANTED.

No later than August 17, 2012, Ralink shall produce all responsive documents in its possession, custody or control.

**IT IS SO ORDERED.**

Dated: 8/9/2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] No later than the close of business on August 10, 2012, Ralink shall tender dates for its witnesses to be deposed in Taiwan. These depositions similarly must be completed no later than August 3, 2012.

2

Case No.: C 11-00234 EJD (PSG)
ORDER