# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH<br><br>  Plaintiff,<br><br>  v.<br><br>RALINK TECHNOLOGY CORPORATION et al.,<br><br>  Defendants. | Case No.: 5:11-CV-00234 EJD<br>Consolidated with: 5:11-CV-01549 EJD<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION FOR STAY OF THE PROCEEDINGS PENDING SETTLEMENT** |

The Joint Motion for Stay of the Proceedings Pending Settlement by Plaintiff and Counter-Defendant Lantiq Deutschland GmbH, Defendants and Counter-Claimants Ralink Technology Corporation (Taiwan), Ralink Technology Corporation (California) and Defendants MediaTek, Inc., MediaTek USA, Inc. and MediaTek Wireless, Inc. came before the above-captioned court. After reviewing and considering the papers on file relating to this Joint Motion for Stay, the arguments of counsel thereon, as well as any and all other records on file in this case, the Court hereby rules as follows:

**IT IS HEREBY ORDERED**

1. That the Joint Motion for Stay is GRANTED.

2. All proceedings in this case, including all depositions, discovery requests, inspections, and productions, are stayed until October 16, 2012 so that the parties can continue settlement discussions, with the goal of consummating a settlement and seeking a dismissal of this case.

3. The original August 31, 2012 deadline set forth in the Court's August 9, 2012 Order (D.I. 255) for completing all noticed depositions is extended to October 30, 2012. All other dates in the Court's August 9, 2012 Order remain unchanged.

4. The deadline for Ralink to file its Opposition to Lantiq's Motion for Reconsideration of the Court's July 17 Order (D.I. 250), which is currently due August 21, 2012, will be due October 21, 2012.

5. The parties are to submit a revised Joint Preliminary Pretrial Statement on October 16, 2012 in the event that the parties do not settle and the stay is lifted (or not otherwise extended pursuant to any further joint motion and order); and

6. The Preliminary Pretrial Conference originally set for August 24, 2012 at 11:00 AM (D.I. 249) is adjourned until November 2, 2012 at 11:00 a.m.
The court sets this action for a Status Conference on August 24, 2012, at 11:00 a.m.  All parties are entitled to appear by telephone through CourtCall.

**IT IS SO ORDERED**.

Dated: August 20, 2012

_____
Honorable Edward J. Davila
United States District Judge