IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANTIQ DEUTSCHLAND GMBH<br><br>Plaintiff,<br><br>v.<br><br>RALINK TECHNOLOGY CORPORATION et al.,<br><br>Defendants. | Case No.: 5:11-CV-00234 EJD<br><br>[PROPOSED] ORDER REGARDING JOINT MOTION FOR STAY OF THE PROCEEDINGS PENDING SETTLEMENT |

The Joint Motion for Stay of the Proceedings Pending Settlement by Plaintiff and Counter-Defendant Lantiq Deutschland GmbH, Defendants and Counter-Claimants Ralink Technology Corporation (Taiwan), Ralink Technology Corporation (California) and Defendants MediaTek, Inc., MediaTek USA, Inc. and MediaTek Wireless, Inc. came before the above-captioned court. After reviewing and considering the papers on file relating to this Joint Motion for Stay, the arguments of counsel thereon, as well as any and all other records on file in this case, the Court hereby rules as follows:

**IT IS HEREBY ORDERED**

1. That the Joint Motion for Stay is GRANTED.

2. All proceedings in this case, including all depositions, discovery requests, inspections, and productions, are stayed until February 13, 2013 so that the parties can continue settlement discussions, with the goal of consummating a settlement and seeking a dismissal of this case;

3. The prior February 4, 2013 deadline set forth in the Court's October 10, 2012 Order (D.I. 268) for completing all noticed depositions is extended to March 6, 2013;

02425.51966/5128305.1

-1-   Case No. 5:11-CV-00234 EJD
[PROPOSED] ORDER REGARDING JOINT MOTION FOR
FURTHER STAY OF THE PROCEEDINGS PENDING SETTLEMENT

4. The deadline for Ralink to file its Opposition to Lantiq's Motion for Reconsideration of the Court's July 17 Order (D.I. 250), which is currently due January 23, 2013, will be due February 22, 2013;

5. In the event that the parties do not settle and the stay is lifted, the parties are to submit an updated joint case management conference statement and a revised Joint Preliminary Pretrial Statement on February 25, 2013; and

6. The further status conference currently set for February 1, 2013 (D.I. 268) is adjourned until __March 8__, 2013 at 10:00 a.m.

The Motion for Summary Judgment (Docket Item No. 125) and the Motion to Dismiss (Docket Item No. 222) are TERMINATED WITHOUT PREJUDICE to being re-filed and re-noticed if necessary.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
Honorable Edward J. Davila
United States District Judge

02425.51966/5128305.1

-2-    Case No. 5:11-CV-00234 EJD
[PROPOSED] ORDER REGARDING JOINT MOTION FOR
FURTHER STAY OF THE PROCEEDINGS PENDING SETTLEMENT